IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR461 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE WILLIAM H. |
| | ) | BAUGHMAN, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| TAYLOR CRISMAN, ET AL., | ) | <u>NOTICE OF APPEARANCE</u> |
| | ) | <u>(CO-COUNSEL)</u> |
| Defendant. | | |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Linda H. Barr, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Linda H. Barr, Assistant U.S. Attorney, also be sent to Benedict Gullo, Assistant U. S. Attorney.

                                                                                           Respectfully submitted,

                                                                                            STEVEN M. DETTELBACH
                                                                                            United States Attorney

By:   /s/ Benedict Gullo
        Benedict Gullo (NY: 3013570)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3807
        (216) 522-8355 (facsimile)
        Benedict.Gullo@usdoj.gov

CERTIFICATE OF SERVICE

   I hereby certify that on this 31st day of December 2015, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.


                                /s/ Benedict Gullo
                                Benedict Gullo
                                Assistant U.S. Attorney